SELMA GUBIN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of RUPERT J. GIDDINGS, Appellant, for an Order of Mandamus against COUNTY OF WESTCHESTER, JAY DOWNER, Individually and as County Engineer of the County of Westchester, MICHAEL NASH, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of THE MOUNT VERNON TRUST COMPANY for an Order of Approval of the Supreme Court of the State of New York of the Plan of Reorganization of THE MOUNT VERNON TRUST COMPANY under Which It May Resume Business. JULIA KAUZMANN and Others, Appellants; THE MOUNT VERNON TRUST COMPANY, Respondent.— Motion for reargument denied. We adhere to our decision made April 25, 1934 [ante, p. 835], and repeat that the remedy of the aggrieved depositors in respect to their rights and preferences and the rights of stockholders must be determined in an action where the questions can be raised directly, and not collaterally, as it is sought to do in this purely statutory proceeding. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. H. FRAZER KAMMEYER, Appellant, for a Peremptory Mandamus Order against ROBERT G. ANDERSON and Others, as Members of the Town Board of the Town of Hempstead, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

STANLEY F. JOHNSON, Respondent, v. BERKSHIRE FINANCE CORPORATION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

ELIZABETH S. LaCOUR, Appellant, v. LAURITZ LaCOUR and " JANE " LaCOUR, the Name " Jane " Being Fictitious, True First Name of Defendant Being to Plaintiff Unknown, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. GUSTAVE ANDERSON, Individually and as Administrator of the Estate of MARY MORAN ANDERSON, Also Known as MARY ANDERSON, Deceased.— Motion for substitution of plaintiff denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

AUGUSTA C. OTTMANN, as Administratrix, etc., of MILFORD H. OTTMANN, Deceased, Appellant, Respondent, v. THE INCORPORATED VILLAGE OF ROCKVILLE CENTRE, Respondent, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.